IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CREDICO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MCFADDEN, Chester County Prison Warden | : | NO. 17-3372 |

## ORDER

**NOW,** this 2nd day of July, 2018, upon consideration of the Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 and the supplemental motion for docketing and stay of *habeas corpus* (Document No. 1), the response filed in Civil Action No. 17-3672, the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Document No. 5), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of *Habeas Corpus* is **STAYED** and held in **ABEYANCE** until the conclusion of petitioner's state court proceedings.

3. Within thirty (30) days of the conclusion of the state court proceedings, the parties shall file a notice that the state court proceedings have concluded.

4. Failure to proceed within thirty (30) days following the conclusion of the state court proceedings shall result in the vacation of this stay and abeyance order and the dismissal of the petition.

TIMOTHY J. SAVAGE, J.