# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN CREDICO | : CIVIL ACTION |
| v. | : |
| MCFADDEN, Chester County Prison Warden | : NO. 17-3372 |

## ORDER

**NOW**, this 30th day of September, 2019, upon consideration of the Supplemental Petition for Writ of *Habeas Corpus* Pursuant to 28 USC § 2254 (Document No. 1), the response to the Petition for Writ of *Habeas Corpus*, the petitioner's reply, and the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Document No. 19), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Supplemental Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 is **DENIED**;

2. The petitioner's objections are **OVERRULED**;

3. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is **APPROVED** and **ADOPTED**;

4. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and

5. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.